# ELECTRONIC RECORD

487-15
488-15

01-14-00513-CR                                    EVADING ARREST &

COA #    01-14-00514-CR                 OFFENSE:    POSS. OF CONT. SUB.

STYLE:    BURTON, AARON CHARLES          COUNTY:    Harris

COA DISPOSITION:        AFFIRM           TRIAL COURT:    351st District Court

DATE: 04/09/2015                Publish: NO    TC CASE #:    1330898 & 1330899

## IN THE COURT OF CRIMINAL APPEALS

487-15
488-15

STYLE:    BURTON, AARON CHARLES v.          CCA #:

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE: _____

DISMISSED AS UNTIMELY          JUDGE: _____

DATE: _____August 19, 2015_____          SIGNED: _____          PC: _____

JUDGE: _____per curiam_____          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD